**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: AREDIA AND ZOMETA PRODUCTS**
**LIABILITY LITIGATION**                       MDL No. 1760

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Middle District of Tennessee.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Middle District of Tennessee with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

MDL No. 1760

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| TNM | 3 | 08–00908 | ARW | 2 | 08–02088 | Orville McDaniel, etc. v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 08–00913 | GAN | 1 | 08–02542 | Susan Eberhart v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 06–00495 | KYW | 1 | 06–00035 | Pamela Kyle v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 06–00496 | MOW | 2 | 06–04049 | Ruth Baldwin v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 08–00924 | NCE | 7 | 08–00130 | Victor Brown, et al. v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 08–00925 | NCW | 3 | 08–00361 | Marie Talley v. Novartis Pharmaceuticals Corp. |