IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRAD McDANIEL,
As Personal Representative of
Eula Mae McDaniel                                                                                                                     PLAINTIFF

v.                                     Case No. 2:08-CV-02088

NOVARTIS PHARMACEUTICALS CORP.                         DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Brad McDaniel's Motion to Amend Order of Substitution (Doc. 122) is **DENIED** and Defendant Novartis Pharmaceuticals Corp.'s Motion to Dismiss the Case (Doc. 126) is **GRANTED**.  This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED this 6th day of January, 2012.


/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE